**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __NY__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NY

2019 APR -4  A 10: 27

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  BUSHWICK 12x2 CORP

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  83-4230981

4. **Debtor's address**

    Principal place of business:
    1242 Bushwick Ave
    Number   Street

    Brooklyn   NY   11221
    City   State   ZIP Code

    Kings
    County

    Mailing address, if different from principal place of business:
    Number   Street

    P.O. Box

    City   State   ZIP Code

    Location of principal assets, if different from principal place of business:
    Number   Street

    City   State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor **BUSHWICK 1242 CORP**                              Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   5 3 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   
   If more than 2 cases, attach a separate list.
   
   ☒ No
   ☐ Yes. District _____ When ___/___/____ Case number _____
   MM / DD / YYYY
   District _____ When ___/___/____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    List all cases. If more than 1, attach a separate list.
    
    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When ___/___/____
    MM / DD / YYYY
    Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor  BUSHWICK 12K2 CORP         Case number (if known) _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  BUSHWICK 12W? CORP                          Case number (if known) _____
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/4/19
             MM / DD / YYYY

X _Dominick Delio_                              _Dominick Delio_
Signature of authorized representative of debtor   Printed name

Title  PRESIDENT

**18. Signature of attorney**

X _____             Date _____
Signature of attorney for debtor                    MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

City _____   State _____  ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re: ~~Bushwick~~
BUSHWICK 1242 CO

Case No.
Chapter 11

         Debtor(s)
---------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: Dominick Delw
Address: 1242 BUSHWICK AV. BR- NY- 11221
Email Address: _____
Phone Number: (917) 744-6290

Name of Debtor(s): BUSHWICK 1242 CO

CHECK THE APPROPRIATE RESPONSES:

ASSISTANCE PROVIDED TO DEBTOR(S):

_____ I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

__X__ I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

FEE RECEIVED:

__X__ I WAS NOT PAID.

_____ I WAS PAID.

    Amount Paid: $ _____

I/We hereby affirm the information above under the penalty of perjury.

Dated: 4/4/19                 Dominick Delw
                              Filer's Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In Re:

BUSHWICK 1242 CORP                     Case No.

                                       Chapter 11

                Debtor(s)
---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 4/4/19

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

HSBC BANK USA NAT ASS

1 WHITEHALL STREET #20

NY NY 10044